690 A.2d 136

IN THE MATTER OF WAYNE POWELL, AN ATTORNEY AT LAW.

March 24, 1997.

## ORDER

The Disciplinary Review Board on December 24, 1996, having filed with the Court its decision concluding that **WAYNE POWELL** of **CHERRY HILL**, who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 8.1 (knowingly making a false statement of material fact in connection with a disciplinary matter) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **WAYNE POWELL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.